## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW D. HERTGES,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and WESTERN VISTA FEDERAL CREDIT UNION,<br><br>    Defendants. | Case No. 13-cv-02699-RHK-JJG<br><br>**NOTICE OF HEARING ON WESTERN VISTA FEDERAL CREDIT UNION'S RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Western Vista Federal Credit Union ("Western Vista"), through counsel, hereby gives notice that a hearing on its Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction will be held on January 16, 2014 at 8:00 a.m. in Courtroom 7A of the Warren E. Burger Federal Building & United States Courthouse, 316 North Robert Street, 100 Federal Building, St. Paul, MN 55101.

///

Dated this 31st day of October, 2013.

> By /s/ Tim Lervick_____
> TIM LERVICK
> Bar Number #62376
> Attorney for Defendant Western Vista Credit Union
> CROWLEY FLECK PLLP
> 400 E. Broadway, Suite 600
> P.O. Box 2798
> Bismarck, ND 58502-2798
> Telephone: 701-223-6585
> Fax: 701-222-4853
> tlervick@crowleyfleck.com