## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Andrew D. Hertges,

        Plaintiff,

                                        Civ. No. 13-2699 (RHK/JJG)
                                        **ORDER**

v.

Experian Information Solutions, Inc., *et al.*,

        Defendants.

---

      This matter is before the Court *sua sponte*. Having reviewed the parties' submissions, the Court does not believe that oral argument would materially assist its resolution of Defendant Western Vista Federal Credit Union's pending Motion to Dismiss (Doc. No. 12). Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the hearing on the Motion, currently scheduled for January 16, 2014, is **CANCELED**, and the Motion will be decided based upon the written submissions.

Dated: January 6, 2014                                                           s/Richard H. Kyle
                                                                                       RICHARD H. KYLE
                                                                                       United States District Judge